IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>      vs.<br><br>BRIAN PHILLIPS,<br><br>                    Defendant. | PO 20-5022-TJC<br><br>Violation No. FATK00AZ<br>Location Code: M6H<br><br>ORDER |

Pending before the Court is the motion of the United States to vacate the

bench trial currently set for September 15, 2020, and to set collateral in this matter.

(Doc. 8.)   For good cause shown,

IT IS ORDERED that the forfeiture amount is set at $75.00 in addition to the

$30.00 processing fee, for a total mount owing of $105.00.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

/ / /

/ / /

1

Upon payment of the collateral amount, the United States may move to

dismiss this action and vacate the bench trial.

DATED this 31st day of July, 2020.

_____

TIMOTHY J. CAVAN
United States Magistrate Judge